IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TIMOTHY MIMS, #243609, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19-CV-296-WKW |
| | ) | [WO] |
| CORDARO MELTON and JOHN HUTTON, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On November 7, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 39.) Upon an independent review of the record, it is ORDERED that the Recommendation is ADOPTED and that this action is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 1404(a)

DONE this 18th day of December, 2019.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE